**ANGELA S. FANELLI**
**5981 Atkinson Road**
**New Hope, PA 18938-5301**
**August 20, 2026**

FILED
AUG 24 2026
CLERK OF COURT
BY ____________ DEP. CLERK

US Bankruptcy Court
Eastern District of Pennsylvania
Attn: Clerks Office
900 Market Street, Suite 400
Philadelphia, PA 19107

## Letter Requesting Additional Time for Completion of Filing Documents

Re: Ch. 13 bankruptcy #26-13385-djb

Dear Sir or Madam:

I received an order from Judge Baker requiring filing of documents required by the Federal Bankruptcy Court of Eastern District of Pennsylvania, giving me until the date of August 26th, 2026, to submit the additional required documents.

When I took the initial paperwork for my Chapter 13 bankruptcy to the courthouse, I was informed that if the documents are taking more time to assemble, that I could write a letter asking the court for extended time to put together the additional papers the court needs.

I am working on assembling the required forms and documents needed to satisfy the filing order, I am respectfully requesting an additional two weeks beyond the August 26th, 2026, deadline, to complete those papers and provide them to the court.

I also have utilized "Copilot" to write a motion of debtor for extension of time, which I am sending with this letter, in case the motion forms are required.

Sincerely,

Angela S. Fanelli

Angela S. Fanelli
5981 Atkinson Road
New Hope, PA 18938

Phone: (215) 262-6302
Fax: (800) 807-9170
Email: mfici@comcast.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: BANKRUPTCY NO. 26-13385-djb
ANGELA SANDRA FANELLI, : CHAPTER 13
Debtor.

**Motion of Debtor for Extension of Time to File Bankruptcy Chapter 13 Documents**

I, Angela Sandra Fanelli, Debtor in the above-captioned matter, respectfully request an extension of time to file papers including the schedules, statements, and Chapter 13 Plan, and aver as follows:

1. On August 12th, 2026, I filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. Pursuant to Federal Rule of Bankruptcy Procedure 1007, certain schedules, statements, and related documents must be filed within the time prescribed by the Bankruptcy Rules.

3. The current deadline for filing these documents is August 26th, 2026.

4. Despite diligent efforts, I require additional time to complete the required filings because I am still gathering financial information and supporting documentation necessary to prepare accurate schedules, statements, and a feasible Chapter 13 Plan, including bank records, income information, and other financial documents.

5. This request is made in good faith and not for purposes of delay.

6. I respectfully request an extension through September 9th, 2026, to file all remaining schedules, statements, and the Chapter 13 Plan.

WHEREFORE, I respectfully request that the Court enter an Order extending the filing deadline through September 9th, 2026, and granting such other relief as the Court deems just and proper.

Angela S. Fanelli

______________________________
Angela Fanelli, Pro Se Debtor

5981 Atkinson Road
New Hope, PA 18938-5301
Phone: (215) 262-6302
Email: mfici@comcast.net
Date: August 17th 2026

**Certificate of Service**

I certify that on August 20, 2026, I served a true and correct copy of the foregoing Motion upon:

Chapter 13 Trustee

Office of the United States Trustee
The Curtis Center
601 Walnut Street, Suite 950 West
Philadelphia, PA 19106

by depositing the same in the United States Mail, first-class postage prepaid.

Angela S. Fanelli

Angela Sandra Fanelli
Pro Se Debtor