**+IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Angela S. Fanelli | : | Chapter 13 |
| | : | Bankruptcy No. 26-13385[djb] |
| Debtors. | : | |

**<u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>**

THE UNITED STATES OF AMERICA, on behalf of its agency, the Internal Revenue Service (the IRS), moves that the debtor's plan be denied confirmation pursuant to 11 U.S.C.§§ 506(a), 1322, 1324, 1325(a)(5), and Fed. R. Bankr. P. 3015(f) (hereinafter all statutory references are to the Bankruptcy Code unless otherwise stated). In support thereof, the United States alleges:

1. The debtors filed a bankruptcy petition seeking relief under Chapter 13 on August 12, 2026.
2. The debtors filed an amended Chapter 13 plan on September 22, 2026. DOC 29.
3. The Internal Revenue Service filed a proof of claim for federal taxes (Claim 7-1) on or about September 18, 2026, setting forth a secured claim totaling $1, 277,390.52, and unsecured general claims (including interest) totaling $224,238.49. A copy of the proof of claim is attached as Exhibit A.
4. The plan should not be confirmed because it does not provide for full payment of the Internal Revenue Service's secured tax claims, plus post-confirmation interest, as required by 11 U.S.C. § 1325(a)(5).
5. The plan should not be confirmed because it does not provide for retention of the IRS tax lien until the secured claim is paid in full, in violation of 11 U.S.C. § 1325(a)(5).

6. The plan should not be confirmed because it seems to provide for payment of the secured claim directly by debtor to the IRS instead of through the plan.

   a. Specifically, the Plan lists two properties that will allegedly be sold to pay the secured debts and fund the Plan but does not commit to how the IRS's secured claim will be paid. However, Debtor also asserts:

> The debtors IRS and PA Department of Revenue debts have been placed in noncollectable status and an offer & Compromise will be presented to remove and settle the balances.

WHEREFORE, the United States respectfully requests that confirmation of the debtor's plan be denied.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Anthony St. Joseph

ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: 215-861-8267
Fax: 215-861-8618
Anthony.stjoseph@usdoj.gov

Dated: October 8, 2026

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN to be served upon the following by electronically filing to the Bankruptcy Court on this date:

Angela Sandra Fanelli
5981 Atkinson Road
New Hope, PA 18938

Kenneth E. West
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19107

U.S. Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney

Dated: October 8, 2026

# EXHIBIT A