**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Angela S Fanelli,**
**Debtor**

**BK NO. 26-13385-djb**

**The Bank Of New York Mellon**
**Movant**

**Chapter 13**

**Confirmation Hearing Date: 10/29/2026**

**vs.**

**Angela S Fanelli,**
**Kenneth E. West,**
**Trustee**
**Respondents**

**OBJECTION OF THE BANK OF NEW YORK MELLON**
**TO THE CHAPTER 13 PLAN**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-29T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-29T1 (hereinafter Secured Creditor), objects to confirmation of Debtor's Amended Chapter 13 Plan and asserts in support of its Objection as follows:

1. Debtor's Plan fails to provide for payment of Creditor’s estimated prepetition arrearage claim of $398,626.19.

2. Additionally, Debtor's Plan mentions that Debtor plans to sell the property by January 2027 but does not provide for ongoing payments or arrears to Creditor.

3. The confirmation of the Plan should be denied until or unless the Plan provides more specific details regarding the sale price and timing of the proposed sale of the property.

4. Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

5. Accordingly, Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor’s claim.

WHEREFORE, the Secured Creditor, The Bank of New York Mellon, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: October 9, 2026

*/s/Brent Lemon*_____________________
Brent Lemon
Pennsylvania BAR NO. 86478
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
215-602-7218

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Angela S Fanelli**
**Debtor**

**CHAPTER 13**
**BK. NO. 26-13385-djb**

**The Bank of New York Mellon**
**Movant**
**vs.**

**Angela S Fanelli**
**Kenneth E. West,**
**Trustee**
**Respondents**

## <u>CERTIFICATION OF SERVICE</u>

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 9, 2026.**

**<u>Chapter 13 Trustee</u>**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
VIAECF

**<u>Debtor</u>**
Angela S Fanelli, pro se
5981 Atkinson Road
New Hope, PA 18938
VIA U.S. MAIL

Dated: October 8, 2026

By: *<u>/s/Brent</u> Lemon*________________

Brent Lemon
Attorney for Movant